EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section
CHRISTOPHER D. CROWELL (State Bar No. 253103)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8341
     Facsimile:  (213) 894-7819
     E-mail:    chris.crowell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00634-CAS-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ENFORCING ALEXANDER ZAMUDIO JR.'S LIABILITY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 46(F)(3)(C) BY DIRECTING THE CLERK OF THE COURT TO TURN OVER $20,000 CASH TO THE UNITED STATES TO BE APPLIED TO BOND FORFEITURE JUDGMENT |
| v. | |
| ALEXANDER ZAMUDIO, | |
| Defendant. | |
| | [Fed. R. Crim. P. 46(f)] |

The Court has reviewed and considered the Motion of United States to Enforce Alexander Zamudio Jr.'s Liability Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(C) by Directing the Clerk of the Court to Turn over $20,000 Cash to the United States to be Applied to Bond Forfeiture Judgment ("Motion"), and has found good cause to grant the Motion.

WHEREUPON THE COURT HEREBY ORDERS that the Motion is granted and the Clerk of the Court is directed to turn over $20,000 from the Court registry to be

applied to the liability of Alexander Zamudio Jr. under the Bond Forfeiture Judgment entered in this action on August 29, 2016 (Dkt. No. 164).

DATED:  February 13, 2017.

_Christine a. Snyde_

$\overline{\text{UNITED STATES DISTRICT COURT}}$

Cc:    Pretrial Services, Clerk of Court